X FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 1 3 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Rita Lucila Amaya Avila
Name and Prisoner/Booking Number

Place of Confinement

15613 W. Yucatan dr
Mailing Address

Surprise Arizona 85379
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Rita Lucila Amaya Avila ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Genesis Eloy Detention center,
(Full Name of Defendant)

(2) Ralphs Snack Bar ,

(3) Monty William King ,

(4) John Kennete Cooper ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV24-00302-PHX-SPL--JZB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: Inmigration and customs .

2. Institution/city where violation occurred: 1705 East Hanna Rd Eloy AZ. .
   Adams County correctional center.

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _Ralphs Snack Bar. Ralph Colela_.  The first Defendant is employed as: _____ at _Ralphs Snack Bar_ .
     (Position and Title)                              (Institution)

2.  Name of second Defendant: _Monty William King_ .  The second Defendant is employed as: _Vice - President_ at _Phoenix modular_ .
     (Position and Title)                              (Institution)

3.  Name of third Defendant: _John Kennete Cooper_ .  The third Defendant is employed as: _____ at _____ .
     (Position and Title)                              (Institution)

4.  Name of fourth Defendant: _____ .  The fourth Defendant is employed as: _____ at _____ .
     (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?      ☒ Yes      ☐ No

2.  If yes, how many lawsuits have you filed? _____ .  Describe the previous lawsuits:

     a.  First prior lawsuit:
          1.  Parties: _Rita Avila_ v. _Ralphs Snack Bar Inc_
          2.  Court and case number: _Arizona Attorney General Office - P17-0344_ .
          3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _Still Pending_ .

     b.  Second prior lawsuit:
          1.  Parties: _Rita Lucila Amaya Avila_ v. _Monty William King_
          2.  Court and case number: _FN - 2019 - 003910_ .
          3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _I Have Court the 21 - of - feb - 2024_ .

     c.  Third prior lawsuit:
          1.  Parties: _____ v. _____
          2.  Court and case number: _____ .
          3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.    State the constitutional or other federal civil right that was violated: _____

Motion for Kidnapping violacion (rape) and torture.

2.    **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail                    ☐ Access to the court      ☒ Medical care
☐ Disciplinary proceedings   ☐ Property                ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.    **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

I had Immigration appointment on april 5 2019 at 8.00 Am wich I attended I was arrested because I had a previus deportation in 2002 the told my deportation was reinstated and I had to leave the country I told him I was afraid to return to me country, and I was taken to florence they did not detain me there because I did not have a crime then they returned back to Phoenix detention center I was there for 3 days from there they took me to Eloy AZ (Genesis) there I made a request for asylum and went to court without an attorney, but my asylum was denied, my Husband monty King Filled for divorce and I received papers I was depresed and received therapy with dr Mark Hovee and I Have other medical issues my asylum was denied in august and I thought I would be deported but I was not I was taken to washington Alexandria to the sheriffs depto and the transferred to a maximun Securrty prison in missisipi Adams county there I recived therapy with a diferent dector - I dont remember his name they Isolated me In a cell where I had no company I felt drugged or medicated because I couldnt stay awake for a longtime one day ou bathed (Shower) and that night Someone entered to my cell I felt drugged but I feel I felt He covered my face and took my clothes off He penetrated me Slowly

4.    **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
I am afraid depresed and anxiety.
and I was diagnosed with a head problem that caused dementia in the future

5.    **Administrative Remedies:**
a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                ☒ Yes      ☐ No
b.    Did you submit a request for administrative relief on Count I?      ☐ Yes      ☒ No
c.    Did you appeal your request for relief on Count I to the highest level?   ☐ Yes      ☒ No
d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____

Hi Squezed my thighs Hi was a big person because hi was very heavy but I didnt See him the next morning was people in front of my cell and they Installed a camera I was afraid, afterwards they took me to a place ceo la Salle, I was deported Dic 6-2019 from Texas that Same day I have divorce court with husband Monty King I ask for protection for my Self and my children I ask for compensation for damages and disability of- 100 million dls.

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

4

**COUNT III**

1.    State the constitutional or other federal civil right that was violated: _____ _____.

2.    **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings          ☐ Property          ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer          ☐ Threat to safety  ☐ Other: _____.

3.    **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.    **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.    **Administrative Remedies.**
a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                                    ☐ Yes        ☐ No
b.    Did you submit a request for administrative relief on Count III?                       ☐ Yes        ☐ No
c.    Did you appeal your request for relief on Count III to the highest level?          ☐ Yes        ☐ No
d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I ask for protection for my self and my children since I think that person who attack me may be someone big to enter a federal prison I donk know why they took me there either
I ask for compensation for damages and disability of - 100 million dls -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___feb- 13- 2024___          ___Rita Wala Amaya Avila___
                DATE                              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

Phoenix & Prescott Divisions:              **OR**          Tucson Division:
U.S. District Court Clerk                                            U.S. District Court Clerk
U.S. Courthouse, Suite 130                                     U.S. Courthouse, Suite 1500
401 West Washington Street, SPC 10                      405 West Congress Street
Phoenix, Arizona   85003-2119                               Tucson, Arizona   85701-5010

7. <u>Change of Address</u>.   You must immediately notify the Court and the defendants in writing of any change in your mailing address.   **Failure to notify the Court of any change in your mailing address may result in the dismissal of your case.**

8. <u>Certificate of Service</u>.   You must furnish the defendants with a copy of any document you submit to the Court (except the initial complaint and application to proceed in forma pauperis). Each original document (except the initial complaint and application to proceed in forma pauperis) must include a certificate of service on the last page of the document stating the date a copy of the document was mailed to the defendants and the address to which it was mailed.   *See* Fed. R. Civ. P. 5(a), (d).   Any document received by the Court that does not include a certificate of service may be stricken.   **This section does not apply to inmates housed at an Arizona Department of Corrections facility that participates in electronic filing.**
A certificate of service should be in the following form:

I hereby certify that a copy of the foregoing document was mailed
this _____ feb - 13 - 2024 ___ (month, day, year) to:
Name: _Rita Lucila Amaya Avila_
Address: _15613 w yucatan dr Surprise AZ_
           Attorney for Defendant(s) .
_Rita Lucila Amaya Avila_
(Signature)

9. <u>Amended Complaint</u>.   If you need to change any of the information in the initial complaint, you must file an amended complaint.   The amended complaint must be written on the court-approved civil rights complaint form.   You may file one amended complaint without leave (permission) of Court within 21 days after serving it or within 21 days after any defendant has filed an answer, whichever is earlier.   *See* Fed. R. Civ. P. 15(a).   Thereafter, you must file a motion for leave to amend and lodge (submit) a proposed amended complaint.   LRCiv 15.1.   In addition, an amended complaint may not incorporate by reference any part of your prior complaint. LRCiv 15.1(a)(2).   **Any allegations or defendants not included in the amended complaint are considered dismissed.**   All amended complaints are subject to screening under the Prison Litigation Reform Act; screening your amendment will take additional processing time.

10.   <u>Exhibits</u>.   You should not submit exhibits with the complaint or amended complaint. Instead, the relevant information should be paraphrased.   You should keep the exhibits to use to support or oppose a motion to dismiss, a motion for summary judgment, or at trial.

11.   <u>Letters and Motions</u>.   It is generally inappropriate to write a letter to any judge or the staff of any judge.   The only appropriate way to communicate with the Court is by filing a written pleading or motion.

2