ASH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rita Lucila Amaya Avila, | No.   CV 24-00302-PHX-SPL (JZB) |
| Plaintiff, | |
| v. | **ORDER** |
| Genesis Eloy Detention Center, et al., | |
| Defendants. | |

Plaintiff Rita Lucila Amaya Avila, who is not in custody, has filed a civil rights Complaint and paid the filing and administrative fees.  The Court will refer this matter to Magistrate Judge John Z. Boyle for pretrial proceedings.[1]

**IT IS ORDERED:**

(1)   Plaintiff must either serve each Defendant or seek a waiver of service for each Defendant.

(2)   If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served.  Fed. R. Civ. P. 4(m).

(3)   Defendants must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal

---

[1] Because Plaintiff is neither a "prisoner" nor proceeding in forma pauperis, the Court has no authority to screen the Complaint pursuant to either 28 U.S.C. § 1915(e)(2) or 28 U.S.C. § 1915A.

TERMPSREF

Rules of Civil Procedure.

(4)    Any answer or response must state the specific Defendant by name on whose behalf it is filed.  The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

(5)    This matter is referred to Magistrate Judge John Z. Boyle pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1) and is assigned to the standard track pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

Dated this 18th day of March, 2024.

Honorable Steven P. Logan
United States District Judge

TERMPSREF