# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rita Lucila Amaya Avila, | No. CV-24-00302-PHX-SPL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Genesis Eloy Detention Center, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's "Motion to request the Judge for the marshal service case." (Doc. 8.) The Court construes Plaintiff's motion as a request for an order directing the U.S. Marshals Service to serve the Defendants with the summons and complaint ("Motion for Service by Marshal"). Federal Rule of Civil Procedure 4(c)(3) provides that the Court must order a marshal to serve if the Plaintiff is a seaman or is proceeding in forma pauperis. Otherwise, the Court may order a marshal to serve at the plaintiff's request. *Id*. "In exercising this discretion, courts have been mindful that Congress amended Rule 4 'primarily to relieve United States marshals of the burden of serving summonses and complaints in private civil actions.'" *Oliver v. City of Oceanside*, No. 16-CV-00565-BAS(JLB), 2016 WL 8730533, at *1 (S.D. Cal. July 1, 2016) (citing *Bax v. Executive Office for U.S. Attorneys*, 216 F.R.D. 4, 4 (D.D.C. 2003)); *see also Boudette v. Barnette*, 923 F.2d 754, 757 (9th Cir. 1991). The Court notes Plaintiff is not proceeding in forma pauperis, is not a seaman, and is not incarcerated and, accordingly, is not entitled to marshal service by rule or statute. The Court recognizes the intent behind

amendments to the rule, and that Plaintiff has not described any independent effort to serve Defendants. For these reasons, the Court will deny the motion.

Accordingly,

**IT IS ORDERED**, Plaintiff's Motion for Service by Marshal (doc. 8) is **DENIED**. Plaintiff must obtain a waiver of service of the summons or complete service of the summons and complaint on all Defendants within 90 days of the filing of the complaint or within 60 days of Judge Logan's March 18, 2024 Order (doc. 4), whichever is later. If the Plaintiff fails to do so, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m).

Dated this 3rd day of May, 2024.

Honorable John Z. Boyle
United States Magistrate Judge

- 2 -