# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rita Lucila Amaya Avila, | No. CV-24-00302-PHX-SPL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Genesis Eloy Detention Center, et al., | |
| Defendants. | |

On February 13, 2024, Plaintiff Rita Lucila Amaya Avila filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. (Doc. 1.) On March 20, 2024, the Court, noting that Plaintiff was not in custody and had paid the administrative filing fees, issued a service order which stated, pursuant to Federal Rule of Civil Procedure 4(m):

> If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m).

On April 26, 2024, Plaintiff filed a motion to permit service by U.S. Marshal, stating she did not have the means to serve Defendants. (Doc. 8.) On May 3, 2024, the Court denied this motion and reiterated that "Plaintiff must obtain a waiver of service of the summons or complete service of the summons and complaint on all Defendants within 90 days of the filing of the complaint or within 60 days of Judge Logan's March 18, 2024 Order (doc. 4), whichever is later." (Doc. 9 at 2.) The deadline for Plaintiff to

serve Defendants was May 17, 2024. To date, the docket does not reflect any Defendant has been served.

Accordingly,

**IT IS ORDERED** that, on or before **June 7, 2024**, Plaintiff shall either (1) file proof of service as to each Defendant, or (2) otherwise show cause why Plaintiff's claims against Defendants should not be dismissed for failure to effect service.

Dated this 24th day of May, 2024.

_____
Honorable John Z. Boyle
United States Magistrate Judge