# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rita Lucila Amaya Avila, | No. CV-24-00302-PHX-SPL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Genesis Eloy Detention Center, et al., | |
| Defendants. | |

Pending before the Court are Plaintiff's "Motion to Extend the Time of the Claim" ("Motion for Extension") (doc. 11) and "Motion to Request a Court Day to Hear My Case" ("Motion for Miscellaneous Relief") (doc. 12).

In her Motion for Extension, Plaintiff states,

> Motion to extend the time of the claim – lawsuit. Since I do not have a lawyer, and I do not have the resources to hire one[,] I would like [the Court] to help me since I do not have the help of my still [*sic*] husband. Waiting for a satisfactory answer – not dismissed.

(Doc. 11.) It is the Plaintiff's responsibility to prosecute her case on her own if she cannot find an attorney, and the Court cannot act as an advocate for any party. *See Noll v. Carlson*, 809 F.2d 1446, 1448-49 (9th Cir. 1987) *superseded by statute on other grounds as stated in Lopez v. Smith*, 203 F.3d 1122 (9th Cir. 2000). The Court will, however, construe Plaintiff's request as a request for an extension of time to serve the Defendants, and grant that request. The Court has ordered that Plaintiff must serve the Defendants without the assistance of the United States Marshals Service. (Doc. 9.) It is the Plaintiff's

responsibility to serve the Defendants in compliance with Rule 4, Federal Rules of Civil Procedure. (*See* Doc. 4 at 1.)

In her Motion for Miscellaneous Relief, Plaintiff appears to request a hearing on the merits of some of her claims. (Doc. 12.) The Court will deny this request. The Plaintiff has not served any party; no party has waived service, appeared, answered the Complaint, or otherwise responded to the Complaint; and ex parte discussion of the merits of Plaintiff's claims is inappropriate.

Accordingly,

**IT IS ORDERED** Plaintiff's Motion for Extension (doc. 11) is **GRANTED**. Plaintiff shall serve the Defendants and file proof of service with the Court on or before **July 5, 2024**.

**IT IS FURTHER ORDERED** Plaintiff's Motion for Miscellaneous Relief (doc. 12) is **DENIED**.

Dated this 5th day of June, 2024.

Honorable John Z. Boyle
United States Magistrate Judge

- 2 -