☑ FILED    ___ LODGED
___ RECEIVED    ___ COPY

JUL 1 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

# UNITED STATES DISTRICT COURT
## for the

_____ District of _____

__A2__ Division

Rita Lucia Amaya Avila

_Plaintiff(s)_

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Monty William King

_Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  CV24-00302-PHX-SPL-JZB

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☐ Yes  ☑ No

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

**I.    The Parties Filing This Answer to the Complaint**

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

Name    Monty William King

Street Address    18415 223rd Dr.

City and County    Buckeye

State and Zip Code    Az  85326

Telephone Number    602-327-4771

E-mail Address    Monty@PhoenixModular.com

**II.    The Answer and Defenses to the Complaint**

**A.    Answering the Claims for Relief**

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

Page 1 of 7

**B.**   **Presenting Defenses to the Claims for Relief**

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1.   The court does not have subject–matter jurisdiction over the claims because *(briefly explain why there is no federal–question jurisdiction or diversity–of–citizenship jurisdiction; see the complaint form for more information)*

_____

2.   The court does not have personal jurisdiction over the defendant because *(briefly explain)*

The divorce case is in Superior Court of Az and this case has been settled in Superior Court of Az   attached Judgment/Decree

3.   The venue where the court is located is improper for this case because *(briefly explain)*

_____

4.   The defendant was served but the process–the form of the summons–was insufficient because *(briefly explain)*

_____

5.   The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

_____

6.   The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

_____

7.   Another party *(name)* _____ needs to be joined (added) in the case.  The reason is *(briefly explain why joining another party is required)*

_____

     a.     If the basis for subject–matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

The other party is a citizen of the State of *(name)* _____ .

Or is a citizen of *(foreign nation)* _____ . The amount of

damages sought from this other party is *(specify the amount)* _____ .

     b.     If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

_____

**C.**     **Asserting Affirmative Defenses to the Claims for Relief**

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met. Any affirmative defense or avoidance must be identified in the answer. Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)* The case listed is in Superior Court of Az and has been settled see attached Judgment/Decree

_____

is barred by *(identify one or more of the following that apply)*:

1.     Accord and satisfaction *(briefly explain)*

_____

2.     Arbitration and award *(briefly explain)*

_____

3.     Assumption of risk *(briefly explain)*

_____

4.     Contributory or comparative negligence of the plaintiff *(briefly explain)*

_____

5.     Duress *(briefly explain)*

6.      Estoppel *(briefly explain)*

7.      Failure of consideration *(briefly explain)*

8.      Fraud *(briefly explain)*

9.      Illegality *(briefly explain)*

10.     Injury by fellow employee *(briefly explain)*

11.     Laches (Delay) *(briefly explain)*

12.     License *(briefly explain)*

13.     Payment *(briefly explain)*

14.     Release *(briefly explain)*

15.     Res judicata *(briefly explain)*

16.    Statute of frauds *(briefly explain)*

_____

17.    Statute of limitations *(briefly explain)*

_____

18.    Waiver *(briefly explain)*

_____

19.    Other *(briefly explain)*

_____

**D.    Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)**

For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought. Do not make legal arguments. State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct. If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.    The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

_____

2.    The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

_____

3.    State briefly and precisely what damages or other relief the party asserting a counterclaim or cross–claim asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

a.   The defendant asserting the counterclaim or cross–claim against *(specify who the claim is against)* _____ alleges that the following injury or damages resulted *(specify):*

_____

b.   The defendant seeks the following damages or other relief *(specify):*

_____

## III.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   7-10-2C|

Signature of Defendant _____

Printed Name of Defendant   Monty King

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number      602-327-4771

E-mail Address      Monty @ Phoenix modular .com

**Monty King**

The United State District Court of Arizona

The attached documents I am responding to the court paper served on 7-3-24 from Rita Lucia Amaya Avila. Case 2:24-cv-00302-SPL-JZB filed with the United states District court of AZ.
Attached you will find the Judgement Decree from the Superior court of AZ FN 2019-003910 this judgment has no further issues pending.


        Thanks' Monty King

1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

FN 2019-003910                                                03/13/2024

Rita Lucia Amaya Avila testifies.

Petitioner's exhibit 2 is received in evidence.

Discussion is held.

Based upon the testimony, matters presented and the arrears calculation prepared by the Family Court Conference Center,

**THE COURT FINDS** that Petitioner has paid his spousal maintenance as ordered through the Support Payment Clearinghouse via Income Withholding Order. Furthermore, there is an overpayment due and owing to Petitioner in the amount of $1,207.00.

**THE COURT FURTHER FINDS** that Respondent alleges she has not received the spousal maintenance payments and that she has had issues with her bank.

The Court advises Respondent to contact the Support Payment Clearinghouse to determine if there are monies currently being held that are due and owing to her.

**LET THE RECORD REFLECT** Respondent is provided with contact information for the Support Payment Clearinghouse and the ATLAS number associated with this case, in order for her to inquire about how to obtain any funds that the Clearinghouse may possess.

**IT IS ORDERED** granting Petitioner's February 13, 2024 Motion to Dismiss Petition to Enforce Spousal Maintenance Arrears and to Subpoena Bank Records.

**IT IS FURTHER ORDERED** denying Respondent's request to subpoena Petitioner's bank records.

Petitioner makes an oral motion for entry of overpayment judgment and an award of attorney's fees.

**IT IS ORDERED** granting Petitioner's motion for entry of an overpayment judgment.

**IT IS FURTHER ORDERED** entering judgment against Respondent and in favor of Petitioner in the amount of $1,207.00 for overpayment of spousal maintenance. Respondent shall pay said amount, in full, directly to Petitioner no later than September 30, 2024.

Docket Code 903                    Form D000B                         Page 2

Clerk of the Superior Court
*** Filed ***
3-22-2024 8:00AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

FN 2019-003910                                                 03/13/2024

HONORABLE UTIKI SPURLING LAING

CLERK OF THE COURT
A. Ashburn
Deputy

IN RE THE MATTER OF
MONTY WILLIAM KING                    MITCHELL E COHEN

AND

RITA LUCIA AMAYA AVILA                RITA LUCIA AMAYA AVILA
                                      15613 W YUCATAN DR
                                      SURPRISE AZ  85379


                                      COMM. SPURLING LAING
                                      FAMILY SUPPORT SERVICES-CCC
                                      DOCKET FC


JUDGMENT/DECREE

Courtroom 503 – CCB

Petitioner's exhibits 1 and 2 are marked for identification prior to the commencement of the proceeding.

8:26 a.m. This is the time set for Evidentiary Hearing regarding Respondent's January 8, 2024 Petition to Enforce Spousal Maintenance, Spousal Maintenance Arrears and Medical Insurance Coverage and Respondent's January 8, 2024 "Petition to enforce Spousal maintenance arrears to subpeona [sic] bank records". Petitioner, Monty William King, is present with above-named counsel. Respondent, Rita Lucia Amaya Avila, is present on her own behalf.

A record of the proceedings is made digitally in lieu of a court reporter.

Monty William King and Rita Lucia Amaya Avila are sworn.

Discussion is held.

Docket Code 903                       Form D000B                          Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

FN 2019-003910                                              03/13/2024

**IT IS FURTHER ORDERED** denying Petitioner's motion for an award of attorney's fees. The Court does not find Respondent's petition to be frivolous, in that it is apparent Respondent does not have an understanding of the status of the monies paid by Petitioner, and how to obtain the funds. Furthermore, the Court finds that Respondent does not have the ability to pay the attorney's fees requested.

**IT IS FURTHER ORDERED** directing the above-named clerk to dispose of the exhibits marked for identification which were not offered or received in evidence.

8:47 a.m.  Matter concludes.

There being no other issues pending before the Court,

**IT IS ORDERED** signing this Minute Entry as a formal written order of the Court pursuant to Rule 78(C), *Arizona Rules of Family Law Procedure.*

Honorable Utika Spurling Laing
Maricopa County Superior Court Judicial Officer

All parties representing themselves must keep the Court updated with address changes. A form may be downloaded at: https://superiorcourt.maricopa.gov/llrc/fc_gn9/

Docket Code 903                    Form D000B                    Page 3