# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rita Lucila Amaya Avila, | No. CV-24-00302-PHX-SPL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Genesis Eloy Detention Center, et al., | |
| Defendants. | |

Defendant Ralph's Snack Bar filed a Motion to Dismiss (doc. 19) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

### <u>NOTICE – WARNING TO PLAINTIFF</u>

Defendant's Motion to Dismiss seeks to have your claims/case dismissed. The Court advises you that Rule 7.2(e) of the Local Rules of Civil Procedure, Rules of Practice of the U.S. District Court for the District of Arizona, provides the following:

(1) Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, may not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts.

(2) Unless otherwise permitted by the Court, a reply including its supporting memorandum shall not exceed eleven (11) pages, exclusive of attachments.

Additionally, Rule 7.2(i) of the Local Rules of Civil Procedure provides:

If a motion does not conform in all substantial respects with the requirements of this Local Rule, or if the unrepresented party or counsel does not serve and file the required

answering memoranda, or if the unrepresented party or counsel fails to appear at the time and place assigned for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.

You must timely respond to all motions. The Court may, in its discretion, treat your failure to respond to Defendant's Motion to Dismiss as consent to the granting of that Motion without further notice, and the Court may enter judgment dismissing this action pursuant to LRCiv 7.2(i).  *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (*per curiam*).

Accordingly,

**IT IS ORDERED** that Plaintiff shall file a response to Defendant(s) Motion to Dismiss (doc. 19) on or before **August 2, 2024**.

**IT IS FURTHER ORDERED** that Defendant(s) shall file any reply within **7 days** from the date Plaintiff's response is filed.

**IT IS FURTHER ORDERED** that the Motion shall be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

Dated this 19th day of July, 2024.

_____
Honorable John Z. Boyle
United States Magistrate Judge

- 2 -