# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rita Lucila Amaya Avila, | No. CV-24-00302-PHX-SPL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Genesis Eloy Detention Center, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's "Motion to Request More Time," which the Court will construe as a motion for an extension of time to serve the Defendants ("Motion for Extension"). (Doc. 16.) The Court notes Plaintiff filed proof of service on July 16, 2024, as to Defendant Genesis Eloy Detention Center by service upon the U.S. Attorney for the District of Arizona (doc. 21), but that service upon the United States is otherwise incomplete. *See* Fed. R. Civ. P. 4(i). The Court will grant an extension for Plaintiff to complete service of the Defendants. In all other respects Plaintiff's motion is denied. Plaintiff is advised that future extension requests will be disfavored.

//

//

//

//

//

//

Accordingly,

**IT IS ORDERED** Plaintiff's Motion for Extension (doc. 16) is **GRANTED**, in part. Plaintiff must complete service of the remaining Defendants on or before **August 23, 2024**. In all other respects, Plaintiff's motion is **DENIED**.

Dated this 19th day of July, 2024.

_____
Honorable John Z. Boyle
United States Magistrate Judge

- 2 -