# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rita Lucila Amaya Avila, | No. CV-24-00302-PHX-SPL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Genesis Eloy Detention Center, et al., | |
| Defendants. | |

Pending before the Court are Plaintiff's "Motion to Continue Shall be Deemed" ("Motion to Continue") (doc. 24), "Motion for an Alternative Way to Serve" ("Motion for Alternative Service") (doc. 26), "Motion to Review and Continue and an Alternative Delivery Method" ("Motion to Review") (doc. 27), "Motion to Continue and Request a Court Hearing" ("Second Motion to Continue") (doc. 28); and "Motion to Evidence Power to Procedure and Rules 2073-Method of Prescribing" ("Motion to Review Evidence") (doc. 29). The Court will address each motion in turn. The Court will also address service of the remaining Defendants.

## I. Plaintiff's Motions.

The Court will deny Plaintiff's Motion to Continue. (Doc. 24.) Plaintiff alleges a series of facts but does not state a discernable request for relief. (*Id*.)

The Court will deny Plaintiff's Motion for Alternative Service. (Doc. 26.) Plaintiff requests that Defendant John Kennete Cooper be served at an office in Scottsdale, as opposed to his residence. (*Id*.) Plaintiff has not made the required showing for alternative

service. *See* Fed. R. Civ. P. 4(e). Ariz. R. Civ. P. 4.1(k). Therefore, this motion will be denied.

Plaintiff's Motion to Review consists of a collection of documents and handwritten statements with no discernable request for relief. (Doc. 27.) The Court will deny this motion. The Court will further order the Clerk of Court to seal the motion because the attached documents contain account numbers and minors' full names and dates of birth. Fed. R. Civ. P. 5.2.

In Plaintiff's Second Motion to Continue, she requests review of approximately 60 pages of government documents ostensibly from Mexico that have been translated from Spanish. (Doc. 28.) This motion will be denied.

Plaintiff's "Motion to Review Evidence" consists of another handwritten statement without a discernable request for relief. (Doc. 29.) This motion will be denied.

**II.    Service of Process.**

The Court notes Plaintiff has not served all Defendants in this matter. Among the documents Plaintiff filed with her Second Motion to Continue was a letter from the Office of the United States Attorney stating that Defendant Eloy Detention Center is owned and operated by a private entity, CoreCivic, and that Plaintiff needed to effectuate service upon CoreCivic, not the U.S. government. *See* Fed. R. Civ. P. 4(h). The Court will grant Plaintiff a final 30-day extension to effect service upon the remaining Defendants in this matter.

Accordingly,

**IT IS ORDERED** Plaintiff's Motion to Continue (doc. 24) is **DENIED**.

**IT IS FURTHER ORDERED** Plaintiff's Motion for Alternative Service (doc. 26) is **DENIED**.

**IT IS FURTHER ORDERED** Plaintiff's Motion to Review (doc. 27) is **DENIED**. The Clerk of Court is further ordered to **seal** this document.

**IT IS FURTHER ORDERED** Plaintiff's Second Motion to Continue (doc. 28) is **DENIED**.

**IT IS FURTHER ORDERED** Plaintiff's Motion to Review Evidence (doc. 29) is **DENIED**.

**IT IS FURTHER ORDERED** that, on or before **December 20, 2024**, Plaintiff shall either (1) file proof of service as to each remaining unserved Defendant, or (2) otherwise show cause why Plaintiff's claims against those Defendants should not be dismissed for failure to effect service.

Dated this 22nd day of November, 2024.

Honorable John Z. Boyle
United States Magistrate Judge