**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Rita Lucila Amaya Avila, | No. CV-24-00302-PHX-SPL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Genesis Eloy Detention Center, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's "Motion for a Rule 4(B) Court Hearing" ("Motion for a Hearing"). (Doc. 35.) Plaintiff requests the Court not dismiss the case and makes factual allegations of unclear relevance. (*Id.*) Plaintiff states no other apparent claim for relief. To the extent Plaintiff requests a hearing on Defendant's Motion to Dismiss, the Plaintiff's motion will be denied. Because it is unclear to the Court whether Plaintiff intended for this filing to be a response to Defendant's Motion to Dismiss (doc. 33), the Court will allow Plaintiff to file a response on or before January 3, 2025, consistent with the Court's December 17, 2024, Order. (Doc. 34.)

//

//

//

//

//

//

Accordingly,

**IT IS ORDERED** Plaintiff's Motion for a Hearing (doc. 35) is **DENIED**. Plaintiff shall file her response to Defendant's Motion to Dismiss (doc. 33) on or before **January 3, 2025**.

Dated this 26th day of December, 2024.

Honorable John Z. Boyle
United States Magistrate Judge

- 2 -