## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rita Lucila Amaya Avila, | No. CV-24-00302-PHX-SHD (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Genesis Eloy Detention Center, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's "Motion to Review and Continue." (Doc. 40.) The motion includes notice of a change to Plaintiff's address. (*Id*.) Attached to the motion are several documents of unclear relevance. (*Id*.) The Court notes Plaintiff's updated address is already accurately reflected on the docket. Otherwise, Plaintiff states no discernable claim for relief. *See* Fed. R. Civ. P. 7(b)(1) ("In General. A request for a court order must be made by motion. The motion must: . . . (B) state with particularity the grounds for seeking the order; and (C) state the relief sought.").

Accordingly,

**IT IS ORDERED** Plaintiff's Motion to Review and Continue (doc. 40) is **DENIED** without prejudice.

Dated this 25th day of February, 2025.

Honorable John Z. Boyle
United States Magistrate Judge