**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Rita Lucila Amaya Avila, | No. CV-24-00302-PHX-SHD (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Genesis Eloy Detention Center, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's "Motion to Request a Court Hearing." (Doc. 42.) Plaintiff attaches documents and handwritten pages of unclear relevance without explaining the purpose of the requested hearing or stating any other request for relief relevant to these proceedings. *See* Fed. R. Civ. P. 7(b)(1) ("In General. A request for a court order must be made by motion. The motion must: . . . (B) state with particularity the grounds for seeking the order; and (C) state the relief sought.").

Accordingly,

**IT IS ORDERED** Plaintiff's Motion to Request a Court Hearing (doc. 42) is **DENIED**.

Dated this 28th day of March, 2025.

Honorable John Z. Boyle
United States Magistrate Judge