# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rita Lucila Amaya Avila, | No. CV-24-00302-PHX-SHD (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Genesis Eloy Detention Center, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's "Motion to Reques[t] a Court Hearing." (Doc. 45.) Her explanation for this request is indecipherable. (*Id.*) Plaintiff—as she has done before—attaches documents of unclear relevance without explaining the purpose of the requested hearing or stating any other request for relief relevant to these proceedings. *See* Fed. R. Civ. P. 7(b)(1) ("In General. A request for a court order must be made by motion. The motion must: . . . (B) state with particularity the grounds for seeking the order; and (C) state the relief sought."). Of note, Defendant CoreCivic, Inc.'s Motion to Dismiss (doc. 33) is fully briefed and will be decided in due course.

Accordingly,

Plaintiff's motion (doc. 45) is **DENIED**.

Dated this 30th day of May, 2025.

_____
Honorable John Z. Boyle
United States Magistrate Judge